**Brian F. Kenney (VSB #23199)**
**Miles & Stockbridge P.C.**
**1751 Pinnacle Drive, Suite 500**
**McLean, VA 22102**
**Phone: (703) 610-8664**
**Fax:     (703) 610-8686**
**E-Mail: bkenney@milesstockbridge.com**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| JACQUELINE ANN BOGLE, | : | Case No. 00-12477-RGM |
| | : | |
| Debtor. | : | Chapter 7 |
| _____ | : | |

### ORDER RE-OPENING CASE

This matter came before the Court on the Motion of the Debtor to reopen this bankruptcy case;

And it appearing to the Court that there has been proper notice of the Motion to Reopen to the Chapter 7 Trustee, the Office of the U.S. Trustee and all creditors;

And it further appearing to the Court that there has been no opposition filed to the reopening of the case, and that the case should be reopened.

NOW, therefore, it is hereby ORDERED that the above bankruptcy case is reopened.

And it is further hereby ORDERED that the Office of the U.S. Trustee shall appoint a panel Chapter 7 Trustee to administer this case.

Dated: July __, 2007            _____
                                                                Robert G. Mayer
                                            United States Bankruptcy Judge

**WE ASK FOR THIS:**

**MILES & STOCKBRIDGE, P.C.**
1751 Pinnacle Drive
Suite 500
McLean, VA 22102
(703) 610-8664
bkenney@milesstockbridge.com


By:       */s/ Brian F. Kenney*
        Brian F. Kenney (VSB# 23199)
        *Counsel for Jackie Bogle-Meuse*


**Certificate Pursuant to L.R. 9022-1(C)**

The undersigned counsel hereby certifies that the above Order has been endorsed by all necessary parties.

                                    */s/ Brian F. Kenney*
                                        Brian F. Kenney