UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:

BOGLE, JACQUELINE ANN,

Debtor.

Case No. 00-12477-RGM
Chapter 7

## RESIGNATION OF TRUSTEE

The undersigned, as acting Chapter 7 Trustee in the above captioned case, hereby certifies that after appropriate inquiry into the affairs of the Debtor, he has determined that circumstances exist which render him not a disinterested person in this case, and which could possibly constitute a conflict of interest.

Therefore, the undersigned respectfully resigns as Trustee in the above captioned case.

9/5/07
DATE

/s/ Donald F. King
DONALD F. KING, TRUSTEE

#845766v1 RESIGNATION 9.5.07 31070/02022