Brian F. Kenney (VSB #23199)
Miles & Stockbridge, P.C.
1751 Pinnacle Drive, Suite 500
McLean, VA 22102
Telephone: 703-610-8664
Facsimile: 703-610-8686
E-mail: bkenney@milesstrockbriedge.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| In re: | )<br>)<br>) |
| JACQUELINE ANN BOGLE, | ) Case No. 00-12477-RGM<br>) |
| Debtor. | ) Chapter 7<br>) |

## MOTION OF DEBTOR'S COUNSEL TO WITHDRAW

Miles & Stockbridge, P.C. ("M&S"), counsel for the Debtor herein, moves to withdraw as counsel for the Debtor, in support of which, M&S states as follows:

1. This case originally was filed on June 5, 2000. It was re-opened on July 25, 2007.

2. On August 10, 2008, the Debtor terminated the services of M&S as her counsel. The Debtor represented that she would engage new counsel immediately. Accordingly, M&S is required to withdraw from this case. *See* Virginia Rule of Professional Conduct, 1.16(a)(3) (attorney shall withdraw, when discharged by the client).

WHEREFORE, Miles & Stockbridge, P.C., requests that this Court permit it to withdraw as Debtor's counsel.

Respectfully submitted,

Jacqueline Ann Bogle-Meuse
By Counsel

**Miles & Stockbridge, P.C.**
1751 Pinnacle Dr., Suite 500
McLean, VA 22102
Telephone: (703) 903-9000
Facsimile: (703) 610-8686

By: /s/ *Brian F. Kenney*
   Brian F. Kenney (VSB #23199)
   *Counsel for Debtor, Jacqueline Ann Bogle-Meuse*

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy of the foregoing **Motion of Debtor's Counsel to Withdraw** to be served via electronic mail, and U.S. Mail, first-class postage prepaid, to the following persons this 11th day of August 2008:

*Counsel for Creditor*:
Kelley Drye & Warren, LLP
Attn: Robert LeHane, Esq.
101 Park Avenue
New York, NY 10178
rlehane@kelleydrye.com

*Counsel for Creditor*:
Kelley Drye & Warren, LLP
Attn: David J. Ervin, Esq.
Washington Harbour, Ste. 400
3050 K St., NW
Washington, DC 20007-8451
dervine@kelleydrye.com

*Trustee*:
Linda Correia, Esq.
Webster, Fredrickson, Henrichsen,
Correia & Puth, P.L.L.C.
1775 K St., NW, Ste. 600
Washington, DC 20006
lcorreia@wfcplaw.com

*Counsel for Trustee:*
James E. Clarke, Esq.
Draper & Goldberg, PLLC
803 Sycolin Rd., Ste. 301
Leesburg, VA 20175
jamesc@drapgold.com

*Debtor*:
Jacqueline Ann Bogle
211 Falmouth Street
Warrenton, VA 20186
jackiemeuse@aol.com

                                                        /s/ Brian F. Kenney
                                                          Brian F. Kenney