UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| In re: ) ) ) JACQUELINE ANN BOGLE, ) ) Debtor. ) ) ) | Case No. 00-12477-RGM<br><br>Chapter 7 |

**ORDER FIXING THE ALLOWED AMOUNT OF THE CLAIM**
**OF WEINGARTEN NOSTAT, INC.**

This case came before the Court upon the objection of the debtor, Jacqueline Ann Bogle (the "Debtor"), to the claim of Weingarten Nostat, Inc. ("WNI" and together with the Debtor, collectively, the "Parties") in the amount of $410,626.78, dated April 2, 2008 and filed on April 4, 2008 [docketed as Claim No. 2] (the "Claim"); and it further appearing that on April 15, 2008 the Debtor filed an objection to the Claim and that thereafter the Parties conducted discovery and litigated issues concerning the validity, allowance, and amount of the Claim; and after good faith, arm's length negotiations the Parties having reached agreement as to the allowance and proper amount of the Claim; and it appearing that proper sufficient notice of this contested matter has been provided to the chapter 7 trustee and other parties in interest; and the Parties having represented to the Court that the Debtor's estate is solvent, such that allowed claims are expected to be paid in full; and it appearing that the proposed settlement as to the status and amount of the Claim is fair and reasonable and in the best interests of the estate, creditors, and the Debtor; it is hereby

ORDERED, the Claim shall be reduced and finally allowed as a general unsecured claim, not entitled to priority, in the principal amount $135,000.00; and it is further

Stephen E. Leach (VSB No. 20601)
LEACH TRAVELL BRITT PC
8270 Greensboro Drive, Suite 1050
McLean, VA 22102
Tel: (703) 584-8902
*Counsel for Jacqueline Ann Bogle*

ORDERED, that as a result of the solvent status of the Debtor's estate, any requirement under Federal Rule of Bankruptcy Procedure 9019 that the Parties file and prosecute a motion for approval of the Parties' agreement concerning the Claim as described in this Order is waived.

ORDERED, that this Order shall be binding upon, and inure to the benefit of all successors and assigns of the Parties and all parties in interest, including the chapter 7 trustee; and it is further

ORDERED, that the Bankruptcy Court shall retain exclusive jurisdiction to enforce the terms of this Order.

Dated: _____                        _____
                                                                    United States Bankruptcy Judge

We ask for this:

KELLEY DRYE & WARREN LLP

/s/*David J. Ervin*
David J. Ervin (VSB No. 34719)
Washington Harbor, Suite 400
Washington, D.C. 20007-5108
Tel: (202) 342-8436
      -and -
Robert L. LeHane, (admitted *pro hac vice*)
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7573

Counsel for Weingarten Nostat, Inc.

LEACH TRAVELL BRITT PC

/s/*Stephen E. Leach*
Stephen E. Leach (VSB No. 20601)
8270 Greensboro Drive, Suite 1050
McLean, Virginia 22102
Tel: (703) 584-8902

Counsel for Jacqueline Ann Bogle