UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED
2009 DEC -8 P 2:02
CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| JACQUELINE ANN BOGLE, | ) Case No. 00-12477-RGM |
| | ) Chapter 7 |
| Debtor. | ) |

## TRUSTEE'S REPORT

Pursuant to the Court's Order ("Order") of October 5, 2009 dismissing the case of Jacqueline Ann Bogle n/k/a Jacqueline Ann Meuse ("Debtor"), Wendell W. Webster, Esq., ("Trustee"), the Chapter 7 Trustee, files this report in compliance with the Order.

On November 19, 2009, Trustee paid attorneys' fees in the amount of $652.50 to Draper & Goldberg, PLLC, and attorneys' fees and expenses in the amount of $10,252.94 to Webster, Fredrickson, Correia, & Puth, PLLC, for legal services rendered to and on behalf of the chapter 7 estate. The remaining balance of $3,008.34 was promptly returned to the Debtor and Mr. Meuse on November 19, 2009.

Accordingly, Trustee has complied with the Court's Order.

Respectfully submitted,

Date: **12/7/09**  **/s/ Wendell W. Webster**
Chapter 7 Trustee for the Bankruptcy Estate of
Jacqueline AnnBogle
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 659-8510

# CERTIFICATE OF SERVICE

I hereby certify that on this **7th** day of December, 2009, a true and correct copy of the foregoing Trustee's Report was served electronically and/or mailed by first class mail, postage prepaid, to:

Martha Davis, Esq.
Office of the U.S. Trustee
115 S. Union Street
Suite 210
Alexandria, VA 22314

Stephen E. Leach, Esq.
Leach Travell Britt PC
8270 Greensboro Drive, Suite 1050
McLean, VA 22102

Tyler Brown, Esq.
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

/s/ **Wendell W. Webster**
Chapter 7 Trustee for the Bankruptcy Estate of
Jacqueline AnnBogle
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 659-8510